IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, : | |
| : | Case No.   14-cr-00378-JMY |
| v. : | |
| **MIGUEL RODRIGUEZ-COLLAZO**, : | |

## ORDER

**AND NOW**, this 4th day of May, 2020, upon consideration of Defendant's Motion for Release Due to COVID-19 Pandemic (ECF No. 27), the Government's Response in Opposition to Motion for Release Due to COVID-19 Pandemic (ECF No. 30), and for the reasons stated in the accompanying Memorandum dated May 4, 2020, **IT IS ORDERED** that Defendant's Motion for Release Due to COVID-19 Pandemic is **DENIED WITHOUT PREJUDICE** to Defendants' right to file a second motion for release if warranted by the law as stated in the accompanying Memorandum.

**IT IS FURTHER ORDERED** that the telephonic conference scheduled for May 6, 2020 at 11 a.m. EST is **CANCELED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**